IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 13-16-GF–BMM |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| WILLIAM SZUDERA, | |
| Defendants. | |

A telephonic status conference was held on Monday, October 31, 2016. Chad C. Spraker appeared on behalf of the United States of America. Carl B. Jensen appeared on behalf of the Defendant, William Szudera (Szudera). Accordingly,

**IT IS HEREBY ORDERED** that the Petition in this matter, (Doc. 33) is **STAYED** until the resolution of Szudera's case pending in Havre, Montana City Court, or the resolution of the Szudera's Federal Court case, USA v. Szudera, 16-70-GF-BMM. **IT IS ALSO ORDERED** that within 15 days of the resolution of either case, a status report is due to the Court.

DATED this 1st day of November, 2016.

_____
Brian Morris
United States District Court Judge